LaMonica Herbst & Maniscalco, LLP
3305 Jerusalem Avenue
Wantagh, New York 11793
(516) 826-6500
Salvatore LaMonica, Esq.
Melanie A. FitzGerald, Esq.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

In re:                                                                   Chapter 11
                                                                     Case No.: 11-70252-REG

METROPOLIS SHEETMETAL
CONTRACTORS, INC.,

                             Debtor.
----------------------------------------------------------X

## AFFIDAVIT PURSUANT TO LOCAL RULE 1009-1(a)

Metropolis Sheetmetal Contractors, Inc., undersigned debtor herein, by Michael Luca, its President swears as follows:

1. The Debtor filed a petition under Chapter 11 of the Bankruptcy Code on January 24, 2011.

2. An Amended Schedule "F" is being filed herewith to properly reflect the following creditors that are being added: Airside Products Sales, Inc., New York State Department of Labor, New York State Insurance Fund, New York State Workers' Compensation Board, New York City Department of Finance, Harleysville Worcester Insurance Company, The Hanover Insurance Group, Premium Assignment Corporation, Production Products, Inc., Coverage By Design Corp., and Allianz Global Corporate & Specialty, Amwins Brokerage of NY, Inc., Perillo Brothers, and Rattet Pasternak & Gordon Oliver, LLP

3. An Amended Schedule "H" is being filed herewith to properly reflect Vincent Luca as a co-debtor on the Ally Debt.

4. An Amended Creditor Matrix is being filed herewith to reflect the proper addresses for the following creditors:

        Airside Products Sales, Inc.,
        47-40 Metropolitan Avenue
        Maspeth, NY 11385

Allianz Global Corporate & Specialty
AGCS Marine Insurance Company
PO Box 0522
Carol Stream, IL 30132-0522

Amwins Brokerage of NY, Inc.
88 Pine Street, Wall St. Plaza
New York, NY 10005

Coverage By Design
1550 Deer Park Avenue Ste 4
Deer Park, NY 11729

Hammond Safety Management, LLC
6800 Jericho Turnpike, Suite 105 W
Syosset, NY 11791

Harleysville Worcester Insurance Company
355 Maple Avenue
Harleysville, PA 19438-2297

Harleysville Worcester Insurance Company
Processing Center
PO Box 37712
Philadelphia, PA 19101-5012

Keevily Specialty Services, LLC
c/o Keevily Specialty Service
500 Mamaroneck Avenue
Harrison, NY 10528

New York State Department of Labor
State Office Campus Building 12 Rm 256
Albany, NY 12240

New York State Insurance Fund
199 Church Street
New York, NY 10007-1183

New York State Workers' Compensation Board
Bureau of Compliance
100 Broadway
Albany, NY 12241-0005

New York State Workers' Compensation Board
Finance Office Room 301
20 Park Street
Albany, NY 12207

NYC Department of Finance
Parking Violations
Peck Slip Station
PO Box 2057
New York, NY 10272-2057

Perillo Brothers
9 Murray Street
Farmingdale, NY 11735

Premium Assignment Corporation
3522 Thomasville Rd Ste 400
Tallahassee, FL 32309

Production Products, Inc.
30487 Potomac Way
Charlotte Hall, MD 20622

Rattet Pasternak & Gordon Oliver, LLP
550 Mamaroneck Avenue
Harrison, NY 10528

The Hanover Insurance Group
440 Lincoln Street
Worcester, MA 01653

Vincent Luca
56 Eads Street
West Babylon, NY 11704

5. An Amended Creditor Matrix is being filed herewith to remove the following the creditor:

      Petrillo Brothers
      9 Murray Street
      Farmingdale, NY 11735

6. No other changes are being made to the creditor matrix previously filed.

Dated: March 17, 2011

Sworn to before me this
17th day of March, 2011

                                                            *s/ Michael Luca*
                                                            Michael Luca, President

*s/ Melanie A. FitzGerald*
Melanie A. FitzGerald
Notary Public, State of NY
No. 02FI4841188
Qualified in Nassau County
Commission Expires Dec 31, 2013

***Reminder: No amendment of schedules is effective until proof of service in accordance with EDNY LBR 1009-1(b) has been filed with the Court.*** *If this amendment is filed prior to the expiration of the time period set forth in Fed. R. Bankr. P. 4004 and 4007, it will be deemed to constitute a motion for a 30-day extension of the time within which any added creditors may file a complaint to object to the discharge of the debtor and/or to determine dischargeability. This motion will be deemed granted without a hearing if no objection is filed with the Court and served on debtor within 10 days following filing of proof of service of this affidavit, all attachments and the amended schedules in accordance with EDNY LRB 1009-1.*

B6F (Official Form 6F) (12/07)

IN RE Metropolis Sheetmetal Contractors, Inc.      Case No. _____
       Debtor(s)                                                                      (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> A-1 Welding And Safety Equipment Inc. <br> P.O. Box 5068 <br> West Babylon, NY 11707 | | | Supplier | | | | 294.22 |
| ACCOUNT NO. JA0089 <br> ADE Systems Inc. <br> 19 Wilbur Street <br> Lynbrook, NY 11563 | | | Supplier | | | | 4,697.67 |
| ACCOUNT NO. <br> Airside Products Sales, Inc. <br> 47-40 Metropolitan Avenue <br> Maspeth, NY 11385 | | | Supplier | | | | 2,900.00 |
| ACCOUNT NO. 5670 <br> Allianz Global Corporate & Specialty <br> AGCS Marine Insurance Company <br> PO Box 0522 <br> Carol Stream, IL 60132-0522 | | | Insurance Premium | | | | unknown |

___6___ continuation sheets attached

Subtotal (Total of this page)    $   7,891.89

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)    $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Metropolis Sheetmetal Contractors, Inc.       Case No. _____
             Debtor(s)                                    (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>American Express<br>PO Box 1270<br>P.O. Box 1270<br>Newark, NJ 07101 | X | | Revolving Credit | | | | unknown |
| ACCOUNT NO.<br>Aresco, Inc.<br>304 West John Street<br>Hicksville, NY 11801 | | | Supplier | | | | 2,486.66 |
| ACCOUNT NO.<br>Armwins Brokerage Of NY, Inc.<br>88 Pine Street, Wall St. Plaza<br>New York, NY 10005 | | | Insurance Agent | | | | unknown |
| ACCOUNT NO.<br>Capital Hardware<br>10 Railroad Avenue<br>Closter, NJ 07624 | | | Supplier | | | | 67,377.94 |
| ACCOUNT NO.<br>Coverage By Design<br>1550 Deer Park Avenue Ste 4<br>Deer Park, NY 11729 | | | Insurance Agent | | | | unknown |
| ACCOUNT NO.<br>Elvira Luca<br>56 Eads Street<br>West Babylon, NY 11704 | | | unpaid wages | | | | 35,000.00 |
| ACCOUNT NO.<br>Elvira Luca<br>56 Eads Street<br>West Babylon, NY 11704 | | | Loan | | | | 40,000.00 |

Sheet no. __1__ of __6__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 144,864.60

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Energy Metal Specialties Inc.<br>4898 Maspeth Avenue<br>Flushing, NY 11378-2110 | | | Supplier | | | | 4,885.46 |
| ACCOUNT NO.<br>FT & MT Holdings<br>107 Mahan Street<br>West Babylon, NY 11704 | | | lease for premises at:<br>56 Eads Street<br>West Babylon, NY 11704 | | | | 0.00 |
| ACCOUNT NO.<br>Gallery Digital Imaging Services, Inc.<br>170 Garfield Avenue<br>Islip Terrace, NY 11752 | | | Supplier | | | | 1,297.75 |
| ACCOUNT NO. 0443<br>Harleysville Worcester Insurance Company<br>Processing Center<br>PO Box 37717<br>Philadelphia, PA 19101-5012 | | | Insurance Premium | | | | 8,284.58 |
| ACCOUNT NO.<br>Harleysville Worcester Insurance Company<br>355 Maple Avenue<br>Harleysville, PA 19438-2297 | | | Assignee or other notification for:<br>Harleysville Worcester Insurance Company | | | | |
| ACCOUNT NO.<br>Keevily Specialty Services, LLC<br>C/O Keevily Specialty Service<br>500 Mamaroneck Avenue<br>Harrison, NY 10528 | | | Assignee or other notification for:<br>Harleysville Worcester Insurance Company | | | | - |
| ACCOUNT NO.<br>International Training Institute For Sheetmetal Industry C/O Jeffrey S. Dubin<br>464 New York Avenue, Suite 100<br>Huntington, NY 11743 | X | | Union Pension Fund | X | X | X | unknown |

Sheet no. __2__ of __6__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 14,467.79

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 591160570 1<br>Key Equipment Finance<br>11030 Circle Point Road, 2nd Floor<br>Westminster, CO 80020 | | | Office Copier Lease | | | | 1,151.51 |
| ACCOUNT NO. 0670-0003-22-8<br>Long Island Power Authority<br>175 East Old Country Road<br>Hicksville, NY 11801 | | | Utility Invoice | | | | 1,084.81 |
| ACCOUNT NO. 0909-027<br>Mechanical Technologies<br>230 West Parkway Unit 11<br>Pompton Plains, NJ 07444 | | | Supplier | | | | 51,511.00 |
| ACCOUNT NO.<br>Michael Luca<br>56 Eads Street<br>West Babylon, NY 11704 | | | Loan | | | | 80,000.00 |
| ACCOUNT NO.<br>Midland Steel Whse. Corp<br>1120 Leggett Avenue<br>Bronx, NY 10474 | | | | | | | 22,651.73 |
| ACCOUNT NO.<br>National Energy Management Institute<br>C/O Jeffrey S. Dubin<br>464 New York Avenue, Suite 100<br>Huntington, NY 11743 | X | | Union Pension Fund | X | X | X | unknown |
| ACCOUNT NO.<br>National Stabilization Agreement Of The<br>Sheet Metal Industry C/O Jeffrey Dubi<br>464 New York Avenue, Suite 100<br>Huntington, NY 11743 | X | | Union Pension Fund | X | X | X | unknown |

Sheet no. ___3___ of ___6___ continuation sheets attached to  
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **156,399.05**

Total  
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

IN RE Metropolis Sheetmetal Contractors, Inc.     Case No. _____
                                    Debtor(s)                                             (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> New York State Department Of Labor <br> State Office Campus Building 12 Rm 256 <br> Albany, NY 12240 | | | Unemployment Insurance | X | | | unknown |
| ACCOUNT NO. <br> New York State Insurance Fund <br> 199 Church Street <br> New York, NY 10007-1183 | | | Workers' Compensation Insurance | | | | unknown |
| ACCOUNT NO. 3979 <br> NYC Department Of Finance <br> Parking Violations Peck Slip Station <br> PO Box 2057 <br> New York, NY 10272-2057 | | | Judgment | | | | 50.44 |
| ACCOUNT NO. 3906 <br> NYS Workers' Compensation Board <br> Bureau Of Compliance <br> 100 Broadway <br> Albany, NY 12241-0005 | | | Workers' Compensation Insurance | | | | 39,918.39 |
| ACCOUNT NO. <br> Hammond Safety Management, LLC <br> 6800 Jericho Turnpike Suite 105W <br> Syosset, NY 11791 | | | Assignee or other notification for: <br> NYS Workers' Compensation Board | | | | |
| ACCOUNT NO. <br> NYS Workers' Compensation Board <br> Finance Office Room 301 <br> 20 Park Street <br> Albany, NY 12207 | | | Assignee or other notification for: <br> NYS Workers' Compensation Board | | | | |
| ACCOUNT NO. 41820W <br> Perillo Brothers <br> 9 Murray Street <br> Farmingdale, NY 11735 | | | Oil Invoice | | | | 1,331.06 |

Sheet no. __4__ of __6__ continuation sheets attached to                                  Subtotal <br>
Schedule of Creditors Holding Unsecured Nonpriority Claims                     (Total of this page)   $   41,299.89

Total <br>
(Use only on last page of the completed Schedule F. Report also on <br>
the Summary of Schedules, and if applicable, on the Statistical <br>
Summary of Certain Liabilities and Related Data.)   $

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 3882<br>Premium Assignment Corporation<br>3522 Thomasville Rd, Ste 400<br>Tallahassee, FL 32309 | | | Insurance Premium | | | | 295.45 |
| ACCOUNT NO.<br>Pride Equipment Corp.<br>150 Nassau Avenue<br>Islip, NY 11751 | | | Supplier | | | | 5,718.86 |
| ACCOUNT NO.<br>Production Products, Inc.<br>30487 Potomac Way<br>Charlotte Hall, MD 20622 | | | Supplier for Invoice Number's 5870 & 8696 | | | | 190.54 |
| ACCOUNT NO.<br>Professional Fire Service, Inc.<br>2256 Laura Court<br>Merrick, NY 11566 | | | Fire Services | | | | 176.03 |
| ACCOUNT NO.<br>Rattet Pasternak & Gordan Oliver, LLP<br>550 Mamaroneck Avenue<br>Harrison, NY 10528 | | | Legal Fees | | | | 275.00 |
| ACCOUNT NO.<br>Schrier Fiscella & Sussman, LLC<br>825 East Gate Boulevard, Suite 320<br>Garden City, NY 11530 | | | Legal fees | | | | 2,500.00 |
| ACCOUNT NO.<br>Sheet Metal Occupational Health Institut<br>C/O Jeffrey S. Dubin<br>464 New York Avenue, Suite 100<br>Huntington, NY 11743 | X | | Union Pension Fund | X | X | X | unknown |

Sheet no. __5__ of __6__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 9,155.88

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE Metropolis Sheetmetal Contractors, Inc.               Case No. _____
                    Debtor(s)                                      (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Sheet Metal Worker's National<br>601 North Fairfax Street, Suite 500<br>Alexandria, VA 22314 | X | | Union | X | X | X | 500,000.00 |
| ACCOUNT NO.<br>Sheet Metal Worker's National Pension<br>C/O Jeffrey S. Dubin<br>464 New York Avenue<br>Huntington, NY 11743 | X | | Union Pension Fund | X | X | X | unknown |
| ACCOUNT NO.<br>Sheet Metal Workers Local 28<br>195 Mineola Boulevard<br>Mineola, NY 11501 | | | Union | X | X | X | 500,000.00 |
| ACCOUNT NO.<br>Strobel Service Corp.<br>62 Gould Avenue<br>Dobbs Ferry, NY 10522-1526 | | | Supplier | | | | 1,600.00 |
| ACCOUNT NO.<br>The Hanover Insurance Group<br>440 Lincoln Street<br>Worcester, MA 01653 | | | Insurance Premium | | | | unknown |
| ACCOUNT NO. 992163<br>United Rentals<br>6125 Lakeview Road, Suite 300<br>Charlotte, NC 28269 | | | Supplier | | | | 2,308.25 |
| ACCOUNT NO. 285680774-00001<br>Verizon<br>C/O Bankruptcy Group<br>3900 Washington Street, Floor 1<br>Wilmington, DE 19802 | | | Utility Invoice | | | | 2,671.31 |

Sheet no. __6__ of __6__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 1,006,579.56

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ 1,380,658.66

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

IN RE Metropolis Sheetmetal Contractors, Inc.  Case No. _____
　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

## AMENDED SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Michael Luca<br>56 Eads Street<br>West Babylon, NY  11704 | Sheet Metal Worker's National<br>601 North Fairfax Street, Suite 500<br>Alexandria, VA  22314<br><br>Sheet Metal Worker's National Pension<br>C/O Jeffrey S. Dubin<br>464 New York Avenue<br>Huntington, NY  11743<br><br>National Energy Management Institute<br>C/O Jeffrey S. Dubin<br>464 New York Avenue, Suite 100<br>Huntington, NY  11743<br><br>Sheet Metal Occupational Health Institut<br>C/O Jeffrey S. Dubin<br>464 New York Avenue, Suite 100<br>Huntington, NY  11743<br><br>International Training Institute For<br>Sheetmetal Industry C/O Jeffrey S. Dubin<br>464 New York Avenue, Suite 100<br>Huntington, NY  11743<br><br>National Stabilization Agreement Of The<br>Sheet Metal Industry C/O Jeffrey Dubi<br>464 New York Avenue, Suite 100<br>Huntington, NY  11743<br><br>International Training Institute For<br>Sheetmetal Industry C/O Jeffrey S. Dubin<br>464 New York Avenue, Suite 100<br>Huntington, NY  11743<br><br>National Energy Management Institute<br>C/O Jeffrey S. Dubin<br>464 New York Avenue, Suite 100<br>Huntington, NY  11743<br><br>National Stabilization Agreement Of The<br>Sheet Metal Industry C/O Jeffrey Dubi<br>464 New York Avenue, Suite 100<br>Huntington, NY  11743<br><br>Sheet Metal Occupational Health Institut<br>C/O Jeffrey S. Dubin<br>464 New York Avenue, Suite 100<br>Huntington, NY  11743<br><br>Sheet Metal Worker's National |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## AMENDED SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Vincent Luca<br>56 Eads Street<br>West Babylon, NY 11704 | 601 North Fairfax Street, Suite 500<br>Alexandria, VA 22314<br><br>Sheet Metal Workers Local 28<br>195 Mineola Boulevard<br>Mineola, NY 11501<br><br>Sheet Metal Worker's National Pension<br>C/O Jeffrey S. Dubin<br>464 New York Avenue<br>Huntington, NY 11743<br><br>American Express<br>PO Box 1270<br>P.O. Box 1270<br>Newark, NJ 07101<br><br>Ally<br>P.O. Box 380902<br>Bloomington, MN 55438-0902<br><br>Sheet Metal Worker's National<br>601 North Fairfax Street, Suite 500<br>Alexandria, VA 22314<br><br>Sheet Metal Worker's National Pension<br>C/O Jeffrey S. Dubin<br>464 New York Avenue<br>Huntington, NY 11743<br><br>National Energy Management Institute<br>C/O Jeffrey S. Dubin<br>464 New York Avenue, Suite 100<br>Huntington, NY 11743<br><br>Sheet Metal Occupational Health Institut<br>C/O Jeffrey S. Dubin<br>464 New York Avenue, Suite 100<br>Huntington, NY 11743<br><br>International Training Institute For<br>Sheetmetal Industry C/O Jeffrey S. Dubin<br>464 New York Avenue, Suite 100<br>Huntington, NY 11743<br><br>National Stabilization Agreement Of The<br>Sheet Metal Industry C/O Jeffrey Dubi<br>464 New York Avenue, Suite 100<br>Huntington, NY 11743<br><br>International Training Institute For<br>Sheetmetal Industry C/O Jeffrey S. Dubin<br>464 New York Avenue, Suite 100<br>Huntington, NY 11743<br><br>National Energy Management Institute<br>C/O Jeffrey S. Dubin<br>464 New York Avenue, Suite 100<br>Huntington, NY 11743 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07) - Cont.

IN RE Metropolis Sheetmetal Contractors, Inc. _____ Case No. _____
    Debtor(s)                                                              (If known)

## AMENDED SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | National Stabilization Agreement Of The Sheet Metal Industry C/O Jeffrey Dubi 464 New York Avenue, Suite 100 Huntington, NY 11743 |
| | Sheet Metal Occupational Health Institut C/O Jeffrey S. Dubin 464 New York Avenue, Suite 100 Huntington, NY 11743 |
| | Sheet Metal Worker's National 601 North Fairfax Street, Suite 500 Alexandria, VA 22314 |
| | Sheet Metal Workers Local 28 195 Mineola Boulevard Mineola, NY 11501 |
| | Sheet Metal Worker's National Pension C/O Jeffrey S. Dubin 464 New York Avenue Huntington, NY 11743 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only