LaMonica Herbst & Maniscalco, LLP
3305 Jerusalem Avenue
Wantagh, New York 11793
(516) 826-6500
Salvatore LaMonica, Esq.
Melanie A. FitzGerald, Esq.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
In re:                                                      Chapter 11
                                                            Case No.: 11-70252-REG
METROPOLIS SHEETMETAL
CONTRACTORS, INC.,

            Debtor.
------------------------------------------------------X

### AFFIDAVIT PURSUANT TO LOCAL RULE 1009-1(a)

Metropolis Sheetmetal Contractors, Inc., undersigned debtor herein, by Michael Luca, its President swears as follows:

1. The Debtor filed a petition under Chapter 11 of the Bankruptcy Code on January 24, 2011.

2. An Amended Schedule "F" is being filed herewith to properly reflect the unsecured claim of Complete Spiral Manufacturing Corp.

3. The following creditor is being added to the creditor matrix previously filed:

    Complete Spiral Manufacturing Corp.
    515 Tiffany Street
    Bronx, NY 10474

4. No other changes are being made to the creditor matrix previously filed.

Dated: April 21, 2011

Sworn to before me this                                   _s/ Michael Luca_
21st day of April, 2011                                    Michael Luca, President

_s/Melanie A. FitzGerald_
Melanie A. FitzGerald
Notary Public, State of NY
No. 02FI4841188
Qualified in Nassau County
Commission Expires Dec 31, 2013

*Reminder: No amendment of schedules is effective until proof of service in accordance with EDNY LBR 1009-1(b) has been filed with the Court. If this amendment is filed prior to the expiration of the time period set forth in Fed. R. Bankr. P. 4004 and 4007, it will be deemed to constitute a motion for a 30-day extension of the time within which any added creditors may file a complaint to object to the discharge of the debtor and/or to determine dischargeability. This motion will be deemed granted without a hearing if no objection is filed with the Court and served on debtor within 10 days following filing of proof of service of this affidavit, all attachments and the amended schedules in accordance with EDNY LRB 1009-1.*

B6F (Official Form 6F) (12/07)

IN RE Metropolis Sheetmetal Contractors, Inc.      Case No. 11-70252
               Debtor(s)                                    (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> A-1 Welding And Safety Equipment Inc. <br> P.O. Box 5068 <br> West Babylon, NY 11707 | | | Supplier | | | | 294.22 |
| ACCOUNT NO. JA0089 <br> ADE Systems Inc. <br> 19 Wilbur Street <br> Lynbrook, NY 11563 | | | Supplier | | | | 4,697.67 |
| ACCOUNT NO. <br> Airside Products Sales, Inc. <br> 47-40 Metropolitan Avenue <br> Maspeth, NY 11385 | | | Supplier | | | | 2,900.00 |
| ACCOUNT NO. 5670 <br> Allianz Global Corporate & Specialty <br> AGCS Marine Insurance Company <br> PO Box 0522 <br> Carol Stream, IL 60132-0522 | | | Insurance Premium | | | | unknown |
| 7 continuation sheets attached | | | | | Subtotal (Total of this page) | | $ 7,891.89 |
| | | | | | Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | $ |

IN RE Metropolis Sheetmetal Contractors, Inc. _____ Case No. _____
                                     Debtor(s)                                                   (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>American Express<br>PO Box 1270<br>P.O. Box 1270<br>Newark, NJ 07101 | X | | Revolving Credit | | | | unknown |
| ACCOUNT NO.<br>Aresco, Inc.<br>304 West John Street<br>Hicksville, NY 11801 | | | Supplier | | | | 2,486.66 |
| ACCOUNT NO.<br>Armwins Brokerage Of NY, Inc.<br>88 Pine Street, Wall St. Plaza<br>New York, NY 10005 | | | Insurance Agent | | | | unknown |
| ACCOUNT NO.<br>Capital Hardware<br>10 Railroad Avenue<br>Closter, NJ 07624 | | | Supplier | | | | 67,377.94 |
| ACCOUNT NO.<br>Complete Sprial Manufacturing Corp<br>515 Tiffany Street<br>Bronx, NY 10474 | | | Trade Debt | | | | 5,136.00 |
| ACCOUNT NO.<br>Coverage By Design<br>1550 Deer Park Avenue Ste 4<br>Deer Park, NY 11729 | | | Insurance Agent | | | | unknown |
| ACCOUNT NO.<br>Elvira Luca<br>56 Eads Street<br>West Babylon, NY 11704 | | | unpaid wages | | | | 35,000.00 |

Sheet no. __1__ of __7__ continuation sheets attached to                   Subtotal
Schedule of Creditors Holding Unsecured Nonpriority Claims            (Total of this page) | $ 110,000.60

                                                                                Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Elvira Luca<br>56 Eads Street<br>West Babylon, NY 11704 | | | Loan | | | | 40,000.00 |
| ACCOUNT NO.<br>Energy Metal Specialties Inc.<br>4898 Maspeth Avenue<br>Flushing, NY 11378-2110 | | | Supplier | | | | 4,885.46 |
| ACCOUNT NO.<br>FT & MT Holdings<br>107 Mahan Street<br>West Babylon, NY 11704 | | | lease for premises at:<br>56 Eads Street<br>West Babylon, NY 11704 | | | | 0.00 |
| ACCOUNT NO.<br>Gallery Digital Imaging Services, Inc.<br>170 Garfield Avenue<br>Islip Terrace, NY 11752 | | | Supplier | | | | 1,297.75 |
| ACCOUNT NO. 0443<br>Harleysville Worcester Insurance Company<br>Processing Center<br>PO Box 37717<br>Philadelphia, PA 19101-5012 | | | Insurance Premium | | | | 8,284.58 |
| ACCOUNT NO.<br>Harleysville Worcester Insurance Company<br>355 Maple Avenue<br>Harleysville, PA 19438-2297 | | | Assignee or other notification for:<br>Harleysville Worcester Insurance Company | | | | |
| ACCOUNT NO.<br>Keevily Specialty Services, LLC<br>C/O Keevily Specialty Service<br>500 Mamaroneck Avenue<br>Harrison, NY 10528 | | | Assignee or other notification for:<br>Harleysville Worcester Insurance Company | | | | |

Sheet no. 2 of 7 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 54,467.79

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>International Training Institute For Sheetmetal Industry C/O Jeffrey S. Dubin<br>464 New York Avenue, Suite 100<br>Huntington, NY 11743 | X | | Union Pension Fund | X | X | X | unknown |
| ACCOUNT NO. 591160570 1<br>Key Equipment Finance<br>11030 Circle Point Road, 2nd Floor<br>Westminster, CO 80020 | | | Office Copier Lease | | | | 1,151.51 |
| ACCOUNT NO. 0670-0003-22-8<br>Long Island Power Authority<br>175 East Old Country Road<br>Hicksville, NY 11801 | | | Utility Invoice | | | | 1,084.81 |
| ACCOUNT NO. 0909-027<br>Mechanical Technologies<br>230 West Parkway Unit 11<br>Pompton Plains, NJ 07444 | | | Supplier | | | | 51,511.00 |
| ACCOUNT NO.<br>Michael Luca<br>56 Eads Street<br>West Babylon, NY 11704 | | | Loan | | | | 80,000.00 |
| ACCOUNT NO.<br>Midland Steel Whse. Corp<br>1120 Leggett Avenue<br>Bronx, NY 10474 | | | | | | | 22,651.73 |
| ACCOUNT NO.<br>National Energy Management Institute<br>C/O Jeffrey S. Dubin<br>464 New York Avenue, Suite 100<br>Huntington, NY 11743 | X | | Union Pension Fund | X | X | X | unknown |

Sheet no. 3 of 7 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 156,399.05

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>National Stabilization Agreement Of The Sheet Metal Industry C/O Jeffrey Dubi<br>464 New York Avenue, Suite 100<br>Huntington, NY 11743 | X | | Union Pension Fund | X | X | X | unknown |
| ACCOUNT NO.<br>New York State Department Of Labor<br>State Office Campus Building 12 Rm 256<br>Albany, NY 12240 | | | Unemployment Insurance | | X | | unknown |
| ACCOUNT NO.<br>New York State Insurance Fund<br>199 Church Street<br>New York, NY 10007-1183 | | | Workers' Compensation Insurance | | | | unknown |
| ACCOUNT NO. 3979<br>NYC Department Of Finance<br>Parking Violations Peck Slip Station<br>PO Box 2057<br>New York, NY 10272-2057 | | | Judgment | | | | 50.44 |
| ACCOUNT NO. 3906<br>NYS Workers' Compensation Board<br>Bureau Of Compliance<br>100 Broadway<br>Albany, NY 12241-0005 | | | Workers' Compensation Insurance | | | | 39,918.39 |
| ACCOUNT NO.<br>Hammond Safety Management, LLC<br>6800 Jericho Turnpike Suite 105W<br>Syosset, NY 11791 | | | Assignee or other notification for:<br>NYS Workers' Compensation Board | | | | |
| ACCOUNT NO.<br>NYS Workers' Compensation Board<br>Finance Office Room 301<br>20 Park Street<br>Albany, NY 12207 | | | Assignee or other notification for:<br>NYS Workers' Compensation Board | | | | |

Sheet no. ___4___ of ___7___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                        Subtotal<br>
                                             (Total of this page) $ 39,968.83

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 41820W<br>Perillo Brothers<br>9 Murray Street<br>Farmingdale, NY 11735 | | | Oil Invoice | | | | 1,331.06 |
| ACCOUNT NO. 3882<br>Premium Assignment Corporation<br>3522 Thomasville Rd, Ste 400<br>Tallahassee, FL 32309 | | | Insurance Premium | | | | 295.45 |
| ACCOUNT NO.<br>Pride Equipment Corp.<br>150 Nassau Avenue<br>Islip, NY 11751 | | | Supplier | | | | 5,718.86 |
| ACCOUNT NO.<br>Production Products, Inc.<br>30487 Potomac Way<br>Charlotte Hall, MD 20622 | | | Supplier for Invoice Number's 5870 & 8696 | | | | 190.54 |
| ACCOUNT NO.<br>Professional Fire Service, Inc.<br>2256 Laura Court<br>Merrick, NY 11566 | | | Fire Services | | | | 176.03 |
| ACCOUNT NO.<br>Rattet Pasternak & Gordan Oliver, LLP<br>550 Mamaroneck Avenue<br>Harrison, NY 10528 | | | Legal Fees | | | | 275.00 |
| ACCOUNT NO.<br>Schrier Fiscella & Sussman, LLC<br>825 East Gate Boulevard, Suite 320<br>Garden City, NY 11530 | | | Legal fees | | | | 2,500.00 |

Sheet no. 5 of 7 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 10,486.94

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE Metropolis Sheetmetal Contractors, Inc.　　　　　　　　　Case No. _____
　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Sheet Metal Occupational Health Institut<br>C/O Jeffrey S. Dubin<br>464 New York Avenue, Suite 100<br>Huntington, NY 11743 | X | | Union Pension Fund | X | X | X | unknown |
| ACCOUNT NO.<br>Sheet Metal Worker's National<br>601 North Fairfax Street, Suite 500<br>Alexandria, VA 22314 | X | | Union | X | X | X | 500,000.00 |
| ACCOUNT NO.<br>Sheet Metal Worker's National Pension<br>C/O Jeffrey S. Dubin<br>464 New York Avenue<br>Huntington, NY 11743 | X | | Union Pension Fund | X | X | X | unknown |
| ACCOUNT NO.<br>Sheet Metal Workers Local 28<br>195 Mineola Boulevard<br>Mineola, NY 11501 | | | Union | X | X | X | 500,000.00 |
| ACCOUNT NO.<br>Strobel Service Corp.<br>62 Gould Avenue<br>Dobbs Ferry, NY 10522-1526 | | | Supplier | | | | 1,600.00 |
| ACCOUNT NO.<br>The Hanover Insurance Group<br>440 Lincoln Street<br>Worcester, MA 01653 | | | Insurance Premium | | | | unknown |
| ACCOUNT NO. 992163<br>United Rentals<br>6125 Lakeview Road, Suite 300<br>Charlotte, NC 28269 | | | Supplier | | | | 2,308.25 |

Sheet no. __6__ of __7__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 1,003,908.25

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Metropolis Sheetmetal Contractors, Inc.　　　　　　　　　　　　　　Case No. _____
　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　　(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 285680774-00001 <br> Verizon <br> C/O Bankruptcy Group <br> 3900 Washington Street, Floor 1 <br> Wilmington, DE 19802 | | | Utility Invoice | | | | 2,671.31 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. 7 of 7 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 2,671.31

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ 1,385,794.66

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only